**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 12-181 (EGS) |
| | : | |
| v. | : | |
| | : | |
| OH SUNG KWON, a/k/a | : | |
| THOMAS KWON, | : | |
| Defendant. | : | |


**DEFENDANT'S CONSENT MOTION TO CONTINUE SENTENCING HEARING**


Oh Sung Kwon, through undersigned counsel, respectfully submits this consent motion to continue the sentencing hearing scheduled to take place on January 15, 2014.  In support of the motion, Kwon states as follows:

1.  Mr. Kwon has pled guilty pursuant to an agreement with the government, and the Court has accepted the entry of his plea.  His presentence report and the parties' memoranda in aid of sentencing have been completed, and he awaits sentencing.

2.  Kwon's father recently suffered a stroke and is now intensive care in a hospital in Korea.

3.  Counsel for Kwon requests a continuance of the sentencing hearing until a date on or after January 26, 2014.  A continuance will allow counsel for Kwon and counsel for the government to consult about the possibility of modifying Kwon's conditions of release to allow him to travel to Korea to visit his father in the hospital.

4.  Counsel for Kwon have discussed these matters with counsel for the government, who have consented to the relief requested herein.

Respectfully submitted,

_____/s/_____

Thomas G. Connolly
Patrick P. O'Donnell
*Counsel for Oh Sung Kwon*
Wiltshire & Grannis LLP
1200 18th St., NW
Suite 1200
Washington, D.C. 20036
(202) 730-1339

DATED: January 13, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2014, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which will send notification of such filing to the following:

MICHAEL K. ATKINSON
Assistant United States Attorney
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530

Respectfully submitted,

_____/s/_____
Patrick P. O'Donnell
*Counsel for Oh Sung Kwon*
Wiltshire & Grannis LLP
1200 18th St., NW
Suite 1200
Washington, D.C. 20036
(202) 730-1339

DATED: January 13, 2014

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 12-181 (EGS) |
| | : | |
| v. | : | |
| | : | |
| OH SUNG KWON, a/k/a | : | |
| THOMAS KWON, | : | |
| Defendant. | : | |

### <u>ORDER</u>

UPON GOOD CAUSE SHOWN, based on Defendant's Consent Motion to Continue the

Sentencing Hearing, the government's consent to the motion, and the entire record in this matter,

it is **ORDERED** that the Defendant's Consent Motion for continuance of the sentencing hearing

is GRANTED.

It is further ORDERED that the sentencing hearing currently scheduled for January 15 is

hereby continued until _____.


_____
EMMET G. SULLIVAN
United States District Judge